IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )   **EXHIBIT LIST**
                           )
     v.                    )   Case No. 4:08MJ3011-RGK
                           )   Deputy:   Sue Davis
                           )   Reporter: Digital Recorder
AURELIO VALDOVINOS SANCHEZ,)
                           )
          Defendant.       )

Hearing Date: April 4, 2008

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Report by Ripley Dated 11/8/07 | X | | X | | 4/4/08 |
| 2 | | | Report by Ripley Dated 11/15/07 | X | | X | | 4/4/08 |
| 3 | | | Report by Investigator Ripley Dated 12/5/07 | X | | X | | 4/4/08 |
| 4 | | | Copy of Laboratory Report Dated 12/12/07 | X | | X | | 4/4/08 |
| 5 | | | Report by Phillips Dated 3/28/08 | X | | X | | 4/4/08 |
| 6 | | | Report by Koepke Dated 3/28/08 | X | | X | | 4/4/08 |
| 7 | | | Report by Koepke Dated 3/28/08 | X | | X | | 4/4/08 |
| 8 | | | Photos | X | | X | | 4/4/08 |
| 9 | | | Photos | X | | X | | 4/4/08 |
| 10 | | | Copy of Nebraska Purchase Contract of 2003 Hummer | X | | X | | 4/4/08 |
| | 101 | | Copy of Letter from Tony Brock Re: Employment | X | | X | | 4/4/08 |
| | | | | | | | | |
| | | | | | | | | |