```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| AURELIO VALDOVINOS SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to restrict, filing 38, is granted and the subject motion (filing 39) shall remain filed as a restricted access document.

DATED this 30th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge