IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| AURELIO VALDOVINOS SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to seal, filing no. 52, is granted, and the clerk is directed to maintain filing no. 53 as a sealed document.

DATED this 10th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge