IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AURELIO VALDOVINOS SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to restrict (filing 81) is granted.

August 21, 2009.           BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge