FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2010 MAY -4 PM 2: 11
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | 4:08CR3058 |
| vs. | ) | **FINAL ORDER OF FORFEITURE** |
| AURELIO VALDOVINO SANCHEZ, Defendant. | ) | |

RGK

NOW ON THIS 4th day of ~~August~~ May, ~~2009~~ 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 15, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 841(a)(1) and 853, based upon the Defendant's plea of guilty to Counts I, V and VI of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 2003 Hummer H2, VIN 5GRGN23U23H144180 and $62,510.00 United States currency were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 17, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 17, 2009 (Filing No. 78).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e., a 2003 Hummer H2, VIN 5GRGN23U23H144180 and $62,510.00 United States currency , held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, i.e., a 2003 Hummer H2, VIN 5GRGN23U23H144180 and $62,510.00 United States currency , be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 4th day of ~~August~~ May, ~~2009~~ 2010. RGK

**BY THE COURT:**

**RICHARD G. KOPF, JUDGE**
**United States District Court**